IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Washington Government Environmental Services Company, LLC, Engineered Products Division,<br><br>      Plaintiff,<br><br>vs.<br><br>Shaw Areva Mox Services LLC,<br><br>      Defendant. | C/A No. 3:14-cv-02125-JFA<br><br><br><br><br>**ORDER** |

      Defendant has moved pursuant to FRCP 12(f) to strike three paragraphs of the Complaint in this case. Defendant complains that those three paragraphs (1) disclose confidential settlement information in violation of FRE 408; and (2) improperly refer to similar, but separate litigation currently pending in this court against Defendant. "The court may strike from a pleading … any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). The court has carefully reviewed the briefs of the parties and has concluded that it must deny Defendant's motion. In the court's view, Defendant has failed to show that paragraphs complained of are "redundant, immaterial, impertinent, or scandalous." *Id*.

      Defendant's motion (ECF No. 11) is, therefore, denied.

IT IS SO ORDERED.

August 7, 2014                                                      Joseph F. Anderson, Jr.
Columbia, South Carolina                             United States District Judge