# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| WASHINGTON GOVERNMENT ENVIRONMENTAL SERVICES COMPANY LLC, ENGINEERED PRODUCTS DIVISION,<br><br>    Plaintiff,<br><br>v.<br><br>SHAW AREVA MOX SERVICES, LLC,<br><br>    Defendant. | **Civil Action No.:  3:14-cv-02125-MGL-PJG** |

## JOINT STATUS REPORT

Pursuant to the Court's Order of March 10, 2016 (ECF No. 160), Plaintiff Washington Government Environmental Services Company LLC, Engineered Products Division ("WGES") and Defendant Shaw AREVA MOX Service, LLC ("MOX Services") state that the parties have executed a settlement agreement that requires the parties to file a joint stipulation of dismissal within ten business days after full execution of the settlement terms required by the agreement. The Parties anticipate that this will be completed within 30 days.  Accordingly, the Parties respectfully request that the Court stay this litigation for an additional 30 days.

Respectfully submitted this 25th day of April 2016.

*Signature Page Attached*

1

By:   /s/Erik T. Norton
    Federal Bar No. 09683
    Nelson Mullins Riley & Scarborough LLP
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC  29201
    Phone: (803) 799-2000
    erik.norton@nelsonmullins.com

    Michael A. Gatje (*admitted pro hac vice*)
    Brian P. Waagner (*admitted pro hac vice*)
    Husch Blackwell LLP
    750 17th Street, N.W., Suite 900
    Washington, D.C. 20006
    Phone: (202) 378-2300
    michael.gatje@huschblackwell.com
    brian.waagner@huschblackwell.com

**Attorneys for Washington Government Environmental Services Company, LLC, Engineered Products Division**

By:    /s/M. Todd Carroll
    M. Todd Carroll (Federal Bar No. 9742)
    Kevin A. Hall (Federal Bar No. 5375)
    Womble Carlyle Sandridge & Rice, LLP
    1727 Hampton Street
    Columbia, SC 29201
    Phone:  (803) 454-6504

**Attorneys for Defendant Shaw AREVA MOX Services, LLC**