IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| WASHINGTON GOVERNMENT ENVIRONMENTAL SERIVES COMPANY, LLC, ENGINEERED PRODUCTS DIVISION<br>          Plaintiff,<br>vs.<br><br>SHAW AREVA MOX SERVICES, LLC,<br><br>          Defendant. | Civil Action No. 3:14-CV-02125-MGL<br><br><br><br><br>STIPULATION OF DISMISSAL |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendant stipulate to the dismissal of all claims and counterclaims in this matter with prejudice. The parties further agree that each shall bear its own costs and fees.

| We so stipulate and consent: | We so stipulate and consent: |
|---|---|
| NELSON MULLINS RILEY & SCARBOROUGH LLP | WOMBLE CARLYLE SANDRIDGE & RICE, LLP |
| By: /s/ Erik T. Norton<br>Federal Bar No. 6938<br>1320 Main Street/17th Floor<br>P.O. Box 11070<br>Columbia, SC 29201<br>803-799-2000 | By: /s/ M. Todd Carroll<br>Federal Bar No. 9742<br>Kevin A. Hall<br>Federal Bar No. 5375<br>1727 Hampton Street<br>Columbia, South Carolina 29201<br>803-454-6504 |
| HUSCH BLACKWELL LLP | REED SMITH LLP |
| Brian P. Waagner<br>Michael A. Gatje<br>750 17th Street N.W. Suite 900<br>Washington, D.C. 20006<br>*Admitted Pro Hac Vice*<br>Attorneys for Plaintiff | Ericson P. Kimbel<br>Tania Wang<br>225 Fifth Avenue<br>Pittsburgh, PA 15222<br>412-288-3388<br>*Admitted Pro Hac Vice*<br>Attorneys for Defendant |

June 20, 2016